IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOHN ELLSWORTH O'HARA, )
        Petitioner, )
        ) Civil Action No. 10-163 Erie
v. )
        )
RAYMOND J. SOBINA, et al., )
        Respondents. )

## MEMORANDUM ORDER

This habeas corpus action was received by the Clerk of Court on July 6, 2010, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 10], filed on November 4, 2010, recommended that Petitioner's Petition be dismissed for lack of jurisdiction and that a certificate of appealability be denied. The parties were allowed fourteen (14) days from the date of service to file objections. Service was made on Petitioner by certified mail and on Respondents. No objections were filed. After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 23rd day of November, 2010;

IT IS HEREBY ORDERED that the Petitioner's Petition for Writ of Habeas Corpus is DISMISSED for lack of jurisdiction and a certificate of appealability is DENIED.

The Report and Recommendation [Doc. No. 10] of Magistrate Judge Baxter, filed on November 4, 2010, is adopted as the opinion of the Court.

                              s/ Sean J. McLaughlin
                              United States District Judge

cm:   All parties of record
       Susan Paradise Baxter, U.S. Magistrate Judge